IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

---

**ORDER OF REFERENCE TO MAGISTRATE JUDGE IN CRIMINAL CASE**

---

**Kane, J.**

    In accord with my overall duty under Fed. R. Crim. P. 16(d) to regulate discovery and to aid in the pretrial management of this capital case, I am, with his consent, referring matters related to the production of discovery and *Brady* material to United States Magistrate Judge Craig B. Shaffer. Magistrate Judge Shaffer is designated to conduct proceedings, issue orders, and convene such conferences and hearings as he deems necessary to oversee, manage, and compel compliance with the existing discovery orders in this case and any additional case management plans or orders he or I may enter in the future.

    On or before February 15, 2011, Magistrate Judge Shaffer shall prepare, or shall cause to be prepared, a proposed Order for Trial Setting describing the status of discovery and any issues remaining before a trial date can be set.

    Dated December 16, 2011.        **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE