IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is set for a Status Conference on **March 12, 2012 at 2:00 p.m.** to address Speedy Trial Time Limits and Exclusions and other scheduling issues. At the conclusion of this conference, there will be an *Ex Parte* meeting with defense counsel regarding CJA matters.

---

Dated: March 1, 2012