IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-38-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Hearing on the Motion to Exclude an Additional One Year from Speedy Trial (doc. #395) is set for **April 4, 2012 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Defendant's presence is required for this hearing.

Dated: March 15, 2012