IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00038-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY DOUGLAS WATLAND,

    Defendant.

---

**PROTECTIVE ORDER REGARDING DEFENDANT'S
REQUEST FOR PRODUCTION NUMBER 106**

---

This matter comes before the Court on the parties application and upon their agreement for a Protective Order regarding Defendant's Request for Production Number 106. It is hereby Ordered as follows:

    1.    The United States shall produce to counsel for Defendant the Presentence Investigation Reports of the inmates identified in Request 106.

    2.    Prior to providing Defendant a copy of the documents, counsel for Defendant will redact the documents to comply with Fed.R.Crim.P. 49.1.

    SO ORDERED this  25th  day of March, 2013.

BY THE COURT:

_____
CRAIG B. SHAFFER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO