IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **11-cr-38-JLK-CBS**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**GARY DOUGLAS WATLAND,**

      Defendant.

---

## PROTECTIVE ORDER REGARDING THE CAPITAL JURY PROJECT'S "UNDERLYING DATA"

**Kane, J.**

This matter comes before the Court on Mr. Watland's Unopposed Motion for a Protective Order regarding the Capital Jury Project's "Underlying Data" (Doc. 946). Upon consideration and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The defense has been ordered to produce to the government, by May 20, 2013, the "underlying data" for the Capital Jury Project studies relied upon in part by defense expert Dr. Wanda Foglia during her testimony at the Evidentiary Hearing held on April 18, 2013.

1

2. The "undelying data" documents provided shall be used by government counsel or their government experts only, and only in conjunction with the above-captioned case.

3. The government shall not reproduce or copy these "underlying data" documents for any purpose other than distribution to co-counsel or government experts in this case.

4. Upon the conclusion of this case, all such materials are to be returned to the defense in their original electronic format, and any and all paper copies produced from the electronic format are to be destroyed.

SO ORDERED this 17th day of May, 2013.

s/John L. Kane
SENIOR U.S. DISTRICT JUDGE