# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00038-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY DOUGLAS WATLAND,

    Defendant.

---

## PROTECTIVE ORDER REGARDING DEFENDANT'S REQUEST
## FOR PRODUCTION NUMBERS 103 AND 104

---

This matter comes before the Court on the United States application for a Protective Order regarding Defendant's Request for Production Numbers 103 and 104. It is hereby Ordered as follows:

1. The United States shall make available for review by counsel for Defendant or their experts documents responsive to the Court's Order regarding Defendant's Requests 103 and 104. (See Docket # 794, pp. 10-11).

2. That such documents shall remain in the control and custody of the BOP at all times.

3. That at no time shall counsel for Defendant or their experts make a copy, photograph, or digital reproduction of the documents, nor are they allowed to take notes while reviewing the documents.

4. Counsel for Defendant or their experts may not orally disclose the content of these documents to Defendant Gary Watland without further Order of the Court.

5. The parties are to coordinate to make the documents available for review at the United States Attorney's Office in Denver, Colorado by counsel for Defendant at a time that is mutually convenient to the parties.

SO ORDERED this 30th day of ~~April~~ May, 2013.

BY THE COURT:

CRAIG B. SHAFFER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO